**DISMISS; and Opinion Filed July 10, 2014.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00846-CV

### IN RE CHELSEA DAVIS, Relator

**Original Proceeding from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-01240**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang, and Fillmore
Opinion by Justice Fillmore

The filing fee in this case is past due. By postcard dated June 27, 2014, and order dated June 30, 2014, we directed relator to pay the filing fee in the above case on or before July 7, 2014 and expressly cautioned relator that failure to do so would result in dismissal of her petition without further notice. To date, relator has not paid the filing fee or otherwise communicated with the Court regarding the status of this original proceeding. Accordingly, we dismiss the petition. *See* TEX. R. APP. P. 42.3(b), (c).

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

140846F.P05